# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRAD PAUL SMITH                                                                                    PLAINTIFF

v.                                           5:19-cv-00315-JM-JJV

WILLIAM GIGGLEMAN,
Advanced Practice Registered Nurse, ADC; *et al.*                                    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court<br>
Eastern District of Arkansas<br>
600 West Capitol Avenue, Suite A149<br>
Little Rock, AR 72201-3325

## DISPOSITION

Brad Paul Smith ("Plaintiff") was a prisoner in the Varner Super Max Unit ("VSM") of the Arkansas Division of Correction ("ADC") when he filed this action. On March 2, 2020, Plaintiff filed a Notice explaining he had been released from custody. (Doc. No. 34.) On April 29, 2020, I entered an Order directing Plaintiff to file a new *in forma pauperis* application, provided him with the necessary forms, and cautioned him I would recommend dismissal if he failed to timely complete and return those forms to the Court. (Doc. No. 38). Plaintiff has not complied with my Order, and the time to do so has expired. Accordingly, I recommend his claims against Defendants Faupel and Compton be dismissed *without prejudice* due to a lack of prosecution.[1]  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's claims against Defendants Faupel and Compton be DISMISSED without prejudice due to a lack of prosecution, and this case be closed.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would

---

[1] In contrast, on May 21, 2020, I issued a Partial Recommended Disposition suggesting separate Defendant Giggleman's Motion for Summary Judgement be granted and that Plaintiff's claims against him be dismissed *with prejudice*. (Doc. No. 40.)

not be taken in good faith.

    DATED this 1st day of June 2020.

                                                       JOE J. VOLPE  
                                                       UNITED STATES MAGISTRATE JUDGE