**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRAD PAUL SMITH                                                                                    PLAINTIFF

v.                                          5:19-cv-00315-JM-JJV

WILLIAM GIGGLEMAN,
Advanced Practice Registered Nurse, ADC; *et al.*                                DEFENDANTS

**ORDER**

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Giggleman's Motion for Summary Judgment (Doc. No. 35) is GRANTED, Plaintiff's inadequate medical care claim against him is DISMISSED WITH PREJUDICE, and Defendant Giggleman is DISMISSED as a party to this lawsuit.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 15th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE