**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRAD PAUL SMITH                                                                    PLAINTIFF

v.                                        5:19-cv-00315-JM-JJV

WILLIAM GIGGLEMAN,
Advanced Practice Registered Nurse, ADC; *et al.*                    DEFENDANTS

## <u>ORDER</u>

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed, and the time to do so has passed.  After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's claims against Defendants Faupel and Compton are DISMISSED WITHOUT PREJUDICE due to lack of prosecution, and this case is CLOSED.

2.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 22nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE