# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRAD PAUL SMITH                                                                                     PLAINTIFF

v.                               5:19-cv-00315-JM-JJV

WILLIAM GIGGLEMAN,
Advanced Practice Registered Nurse, ADC; *et al.*                      DEFENDANTS

## **JUDGMENT**

Consistent with Order entered on this day, Plaintiff's Complaint is DISMISSED, and this case is CLOSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 22nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE